**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FILED
JUN 3 0 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,                      Criminal Case No. 25-20435

v.                                    Hon. Judith E. Levy

MARY MCKINNEY,

    Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, MARY MCKINNEY, the defendant in this case, hereby acknowledge that I have received a copy of the **Indictment** before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE: Wire Fraud (18 U.S.C. § 1343):
Up to 20 Years of Imprisonment, a Fine Up to $250,000 or twice the loss, or both;

COUNT TWO: Theft of Government Funds (18 U.S.C. § 641):
Up to 10 Years of Imprisonment, a Fine Up to $250,000 or twice the loss, or both;

COUNT THREE: Receipt of Stolen Government Funds (18 U.S.C. § 641):
Up to 10 Years of Imprisonment, a Fine Up to $250,000 or twice the loss, or both;

COUNT FOUR: Social Security Benefit Fraud (42 U.S.C. § 408(a)(4)):
Up to 5 Years of Imprisonment, a Fine Up to $250,000 or twice the loss, or both.

*Mary McKinney*
MARY MCKINNEY
Defendant

Dated: 6/30/25

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 6/30/25