UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                                                          Case No. 5:25−cr−20435−JEL−KGA
                                                                            Hon. Judith E. Levy

Mary McKinney,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Mary McKinney

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- SENTENCING:  January 22, 2026 at 02:30 PM

**ADDITIONAL INFORMATION:**   Sentencing Memoranda shall be filed on or before 1/15/2026

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/W. Barkholz
                                                      Case Manager

Dated:   September 24, 2025